IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| PRAGMATUS TELECOM, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | C.A. No. 14-332 (RGA) |
| | ) | |
| v. | ) | |
| | ) | |
| ACTIVENGAGE, INC., | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a), Plaintiff Pragmatus Telecom, LLC, ("Pragmatus") and Defendant ActivEngage, Inc. ("ActivEngage") hereby stipulate and agree to dismissal WITH PREJUDICE of all of Pragmatus's claims against ActivEngage and to dismissal WITHOUT PREJUDICE of all of ActivEngage's counterclaims against Pragmatus in this action. Each party will bear its own costs and attorneys' fees.

Dated: September 18, 2014                                     Respectfully submitted,

FARNAN LLP                                                              MORRIS, NICHOLS, ARSHT & TUNNELL LLP

/s/ Brian E. Farnan                                                      /s/ Stephen J. Kraftschik
Brian E. Farnan (#4089)                                          Thomas C. Grimm (#1098)
919 North Market Street, 12th Floor                      Stephen J. Kraftschik (#5623)
Wilmington, DE 19801                                            1201 N. Market Street P.O. Box 1347
(302) 777-0300                                                          Wilmington, DE 19899-1347
bfarnan@farnanlaw.com                                         (302) 658-9200
                                                                                    tgrimm@mnat.com
*Attorneys for Pragmatus Telecom, LLC*                skraftschik@mnat.com

                                                                                    *Attorneys for ActivEngage, Inc.*

**IT IS SO ORDERED**, this _____ day of September, 2014.

_____
United States District Judge